<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6349**

———————

HOWARD EDWARD HALEY,

Plaintiff - Appellant,

versus

DOCTOR BENJAMIN ULEP, M.D.,

Defendant - Appellee,

and

VIRGINIA DEPARTMENT OF CORRECTIONS, E.T.A.L.;
EDDIE L. PEARSON, Warden; MEDICAL
ADMINISTRATION, E.T.A.L.,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-01-259-2)

———————

Submitted: June 13, 2002          Decided: June 18, 2002

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Howard Edward Haley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Howard Edward Haley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Haley v. Ulep</u>, No. CA-01-259-2 (E.D. Va. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2